# United States District Court
WESTERN DISTRICT OF TENNESSEE
Eastern Division



### JUDGMENT IN A CIVIL CASE

JOHN CONNELL and LUCY CONNELL,

v.

WEBB REALTY, INC.; JULE NANCE;   CASE NUMBER:   1:03-1012-T
BILLY N. WEBB, JR.; ANNA WEBB;
JAMES N. MAYS; KAY W. MAYS;
AND DIANNE MOORE

**Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that in compliance with the Findings of Fact and Conclusions of Law entered in the above-styled matter on 6/6/2005, JUDGMENT is hereby entered in favor of the Defendants.

APPROVED:

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE


ROBERT R. Di TROLIO
CLERK

____6/7/05_____   BY: _____
DATE                        DEPUTY CLERK

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on __6/8/05__.

117

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 117 in case 1:03-CV-01012 was distributed by fax, mail, or direct printing on June 8, 2005 to the parties listed.

---

Milton Dale Conder
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

Carol Gish
WEST TENNESSEE LEGAL SERVICES, INC.
210 West Main St.
Jackson, TN 38301

Brandon O. Gibson
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Jennifer Craig
WALDROP & HALL
106 S. Liberty Street
P.O. Box 726
Jackson, TN 38302--072

J. C. Cox
FIELDS & COX
645 N. Royal Street
Jackson, TN 38301--499

Donald D. Glenn
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Honorable James Todd
US DISTRICT COURT