IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN CONNELL AND LUCY CONNELL, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 1-03-1012-T |
| WEBB REALTY, INCORPORATED; JULE NANCE; BILLY N. WEBB, JR.; ANNA WEBB; JAMES N. MAYS; KAY W. MAYS; and DIANNE MOORE, Defendants. | ) ) ) ) ) ) ) | |

ORDER

On the Motion of Plaintiffs for an Order to approve Plaintiffs' John Connell and Lucy Connell Motion for Extension of Time to Respond to Defendants' James Mays and Kay Mays Motion for Attorney Fees to August 29, 2005 Pursuant to Local Rule 7.1(a), and good cause for Plaintiffs' Motion for Extension of Time to Respond Memorandum in Response having been shown; therefore,

IT IS ORDERED that the Motion be granted and that the time within which Plaintiffs may file Response to Defendants' James Mays and Kay Mays Motion for Attorney Fees is extended and enlarged to August 29, 2005.

Dated this the 15th Day of July, 2005.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 7/18/05

APPROVED FOR ENTRY:

_____
JERRY CHARLES COX, BPR# 4315
Law Offices of Jerry Charles Cox
645 North Royal Street
Jackson, Tennessee 38301-1595
Telephone:    731.427.1555

_____
CAROL GISH, BPR# 010231
West Tennessee Legal Services, Inc.
210 West Main Street
Jackson, Tennessee 38301
Telephone:    731.426.1309
ATTORNEYS FOR PLAINTIFFS

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and exact copy of the above document has been served upon the Defendant Dianne Moore, by hand delivery of same to the attorney for Defendant Dianne Moore, Jennifer Craig, Waldrop & Hall, 106 S. Liberty Street, Jackson, Tennessee 38301; by hand delivery of same to the attorney for Defendants Webb Realty Company L.L.C., Billy N. Webb, Jr., Anna Webb, and Jule Nance, Dale Conder, 209 East Main Street, P.O. Box 1147, Jackson, Tennessee 38302-1147; and by hand delivery of same to the attorney for Defendants James N. Mays and Kay W. Mays, Brandon O. Gibson, Pentecost, Glenn & Rudd, PLLC, 106 Stonebridge Blvd, Jackson, Tennessee 38305.

This the 15th Day of July, 2005.

CAROL GISH, BPR# 010231
West Tennessee Legal Services, Inc.
210 West Main Street
Jackson, Tennessee 38301
Telephone:   731.426.1309
ATTORNEY FOR PLAINTIFFS

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 146 in case 1:03-CV-01012 was distributed by fax, mail, or direct printing on July 18, 2005 to the parties listed.

---

Brandon O. Gibson
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Milton Dale Conder
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

Jennifer Craig
WALDROP & HALL
106 S. Liberty Street
P.O. Box 726
Jackson, TN 38302--072

Donald D. Glenn
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Carol Gish
WEST TENNESSEE LEGAL SERVICES, INC.
210 West Main St.
Jackson, TN 38301

J. C. Cox
FIELDS & COX
645 N. Royal Street
Jackson, TN 38301--499

Honorable James Todd
US DISTRICT COURT