IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENENSSEE
EASTERN DIVISION

| | |
|---|---|
| JOHN CONNELL and LUCY CONNELL, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1-03-1012-T |
| ) | |
| WEBB REALTY, INCORPORATED; JULE ) | |
| NANCE; BILLY N. WEBB, JR.; ANNA ) | |
| WEBB; JAMES N. MAYS; KAY W. MAYS; ) | |
| And DIANNE MOORE, ) | |
| ) | |
| Defendants. ) | |

## ORDER

On the Motion of Plaintiffs John and Lucy Connell, West Tennessee Legal Services, Inc., Carol Gish and J. C. Cox, and for good cause shown, the time for Plaintiffs John and Lucy Connell, West Tennessee Legal Services, Inc., Carol Gish and J. C. Cox to file a responsive pleading to the Motion of Defendants Billy N. Webb, Jr., Anna Webb, Jule Nance and Webb Realty for an Award of Attorney's Fees is extended through October 31, 2005.

IT IS SO ORDERED.

DATED this the 26th day of August, 2005.

JAMES D. TODD
UNITED STATES DISTRICT COURT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 8/29/05

APPROVED FOR ENTRY:

_____
JONATHAN O. STEEN (#16519)
Armstrong Allen, PLLC
464 North Parkway, Suite A
Jackson, Tennessee 38305
*Special Counsel for West Tennessee Legal
Services, Inc. and Carol Gish*


_____
CAROL GISH (#010231)
West Tennessee Legal Services, Inc.
210 West Main Street
Jackson, Tennessee 38301
*Attorney for Plaintiffs*


_____
JERRY CHARLES COX (#4315)
Law Offices of Jerry Charles Cox
645 North Royal Street
Jackson, Tennessee 38301-1595
*Attorney for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I certify that I provided a copy of this document to the following attorneys of record via US. First Class Mail on the 26th day of August, 2005.

Jennifer K. Craig, Esq.
Waldrop & Hall, PA
106 S. Liberty Street
Jackson, TN 38301

Milton Dale Conder, Jr., Esq.
Rainey, Kizer, Reviere & Bell
105 South Highland Avenue
P.O. Box 1147
Jackson, Tennessee 38302-1147

Brandon Gibson, Esq.
Pentecost, Glenn & Rudd, PLC
106 Stonebridge Blvd.
Jackson, TN 38305

Armstrong Allen, PLLC

K:\C1318\59825\Pleadings\MotExt.doc.dot

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 169 in case 1:03-CV-01012 was distributed by fax, mail, or direct printing on August 29, 2005 to the parties listed.

---

Milton Dale Conder
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

Carol Gish
WEST TENNESSEE LEGAL SERVICES, INC.
210 West Main St.
Jackson, TN 38301

Brandon O. Gibson
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Jennifer Craig
WALDROP & HALL
106 S. Liberty Street
P.O. Box 726
Jackson, TN 38302--072

J. C. Cox
FIELDS & COX
645 N. Royal Street
Jackson, TN 38301--499

Donald D. Glenn
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Honorable James Todd
US DISTRICT COURT