IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| JOHN CONNELL AND LUCY CONNELL, <br><br> Plaintiffs, <br><br> v. <br><br> WEBB REALTY, INCORPORATED; JULE NANCE; BILLY N. WEBB, JR.; ANNA WEBB; JAMES N. MAYS; KAY W. MAYS; and DIANNE MOORE, <br> Defendants. | CIVIL ACTION NO. 1-03-1012-T |

## ORDER

On the Motion of Plaintiffs John and Lucy Connell, and for good cause shown, the time for Plaintiffs John and Lucy Connell to file a responsive pleading to the Motion of Defendants James Mays and Kay Mays for an Award of Attorney's Fees is extended through October 31, 2005.

IT IS SO ORDERED.

DATED this the 26 day of August, 2005.

_____
JAMES D. TODD
UNITED STATES DISTRICT COURT JUDGE

APPROVED FOR ENTRY:

_/s/ Jerry Charles Cox by permission_
JERRY CHARLES COX, BPR# 4315
Law Offices of Jerry Charles Cox
645 North Royal Street
Jackson, Tennessee 38301-1595
Telephone:   731.427.1555

_/s/_
CAROL GISH, BPR# 010231
West Tennessee Legal Services, Inc.
210 West Main Street
Jackson, Tennessee 38301
Telephone:   731.426.1309
ATTORNEYS FOR PLAINTIFFS

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and exact copy of the above document has been served upon the Defendant Dianne Moore, by hand delivery of same to the attorney for Defendant Dianne Moore, Jennifer K. Craig through Charles M. Purcell, Waldrop & Hall, 106 S. Liberty Street, Jackson, Tennessee 38301; by hand delivery of same to the attorney for Defendants Webb Realty Company L.L.C., Billy N. Webb, Jr., Anna Webb, and Jule Nance, Dale Conder, 209 East Main Street, P.O. Box 1147, Jackson, Tennessee 38302-1147; by hand delivery of same to the attorney for Defendants James N. Mays and Kay W. Mays, Brandon O. Gibson, Pentecost, Glenn & Rudd, PLLC, 106 Stonebridge Blvd, Jackson, Tennessee 38305; and by hand delivery of same to the attorney for West Tennessee Legal Services and Carol Gish, Jonathan O. Steen, Armstrong Allen, 464 North Parkway, Suite A, Jackson, Tennessee 38305.

This the _____ Day of August, 2005.

_____
CAROL GISH, BPR# 010231
West Tennessee Legal Services, Inc.
210 West Main Street
Jackson, Tennessee 38301
Telephone:    731.426.1309
ATTORNEY FOR PLAINTIFFS

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 170 in case 1:03-CV-01012 was distributed by fax, mail, or direct printing on August 29, 2005 to the parties listed.

---

Milton Dale Conder
RAINEY KIZER REVIERE & BELL
105 S. Highland Ave.
P.O. Box 1147
Jackson, TN 38302--114

Donald D. Glenn
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Carol Gish
WEST TENNESSEE LEGAL SERVICES, INC.
210 West Main St.
Jackson, TN 38301

Brandon O. Gibson
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Jennifer Craig
WALDROP & HALL
106 S. Liberty Street
P.O. Box 726
Jackson, TN 38302--072

J. C. Cox
FIELDS & COX
645 N. Royal Street
Jackson, TN 38301--499

Honorable James Todd
US DISTRICT COURT